CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mary Melton, Esq., SBN 164407
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

HUSSEIN SAFFOURI (SBN: 177863)
Hussein@ramseylawgroup.com
RAMSEY LAW GROUP
3736 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549
Telephone: (925) 284-2002
Facsimile: (925) 402-8053
Attorney for Defendant
Maggie E. Goodenough

ROGER J. BROTHERS (SBN: 118622)
rbrothers@bpbsllp.com
NEIL T. MEDEIROS (SBN: 256734)
nmedeiros@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone: (925) 944- 9700
Facsimile: (925) 944- 9701
Attorneys for Defendant
PAR 3 Motors, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br><br>v.<br><br>PHILLIPS J. GOODENOUGH, in individual and representative capacity as trustee;<br>MAGGIE E. GOODENOUGH, in individual and representative capacity as trustee;<br>PAR 3 MOTORS, INC., a California Corporation; and Does 1-10,<br><br>　　Defendants. | Case: 3:17-CV-03489-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 10, 2017	CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated:	RAMSEY LAW GROUP

By: _____
    Hussein Saffouri
    Attorney for Defendant
    Maggie E. Goodenough

Dated: November 10, 2017	BUCHMAN PROVINE BROTHERS SMITH LLP

By: ___/s/ Neil T. Medeiros_____
    Roger J. Brothers
    Neil T. Medeiros
    Attorneys for Defendant
    PAR 3 Motors, Inc.

Dated: November 15, 2017

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

2

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:  CENTER FOR DISABILITY ACCESS

By: _____
Phyl Grace
Attorneys for Plaintiff

Dated: October 30, 2017  RAMSEY LAW GROUP

By: /s/ Hussein Saffouri
Hussein Saffouri
Attorney for Defendant
Maggie E. Goodenough

Dated:  BUCHMAN PROVINE BROTHERS SMITH LLP

By: _____
Roger J. Brothers
Neil T. Medeiros
Attorneys for Defendant
PAR 3 Motors, Inc.

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Hussein Saffouri and Neil T. Medeiros, counsel's for Maggie E. Goodenough and PAR 3 Motors, Inc., respectively, and that I have obtained Mr. Saffouri's and Mr. Medeiros authorization to affix their electronic signature to this document.

Dated: November 07, 2017        CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
　　　Phyl Grace
　　　Attorneys for Plaintiff